United States Courts
Southern District of Texas
FILED
*November 19, 2025*
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>WANTHERLEY JUANCHE-MALDONADO and JOSE BORJA,<br>    *defendants* | Cause No. **4:25-cr-630** |

# INDICTMENT

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
### (Conspiracy to Possess with Intent to Distribute a Controlled Substance)

On or about October 30, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

**WANTHERLEY JUANCHE-MALDONADO and
JOSE BORJA,**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance, to wit: 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii).

## COUNT TWO
### (Aiding and Abetting in Possession with the Intent to Distribute)

On or about October 30, 2025, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

**WANTHERLEY JUANCHE-MALDONADO and
JOSE BORJA,**

did knowingly and intentionally aid, abet and assist others known and unknown to the Grand Jurors to possess with intent to distribute a controlled substance, to wit:  500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); and Title 18, United States Code, Section 2.

### NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 21, United States Code, Section 853(a), the United States gives notice to the defendants,

**WANTHERLEY JUANCHE-MALDONADO and
JOSE BORJA,**

that in the event of a conviction under Title 21, United States Code, Sections 846, 841(a)(1), 841(b)(1)(A)(viii) as charged in Count One of the Indictment (Conspiracy to Possess with Intent to Distribute a Controlled Substance) and/or a conviction in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii); and Title 18, United States Code, Section 2 as charged in Count Two of the Indictment (Aiding and Abetting in Possession with the Intent to Distribute), the following is subject to forfeiture:

(1) all property constituting, or derived from, any proceeds obtained, directly or indirectly, as

the result of such violation; and

(2) all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

**A TRUE BILL:**

*Original Signature on File*
**FOREPERSON OF THE GRAND JURY**

**NICHOLAS J. GANJEI**
**UNITED STATES ATTORNEY**


**BY:** *Shelley J. Sullivan*
**Shelley J. Sullivan**
**Assistant United States Attorney**

3